**Law Offices of**
**GUY OKSENHENDLER**
27 Union Square West
Suite 503
New York, New York 10003
(212) 213-4666
Fax: (212) 213-1462

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 12 2011 ★

**BROOKLYN OFFICE**

October 7, 2011

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    ***United States v. Edwin Tavares***
           08 cr 065 (SLT)
           Request for Interim Voucher Payment

Dear Judge Irizarry:

        Counsel was appointed pursuant to the CJA to represent Mr. Tavares in the above-entitled case in January 2010. Since that time, counsel has not submitted a voucher for services rendered to Mr. Tavares in this case. Accordingly, it is respectfully requested that counsel be allowed at this time to file an interim voucher seeking payment for services provided Mr. Tavares.

        Your consideration of the above request is greatly appreciated.

                                Very truly yours,

                                /s/

                                Guy Oksenhendler

The application is  ☒ granted.
SO ORDERED.          ___ denied.

    s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: October 11, 2011
Brooklyn, New York